**2017–0591. State v. McManaway.**

Hocking App. No. 16CA8, 2016-Ohio-7470. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2017–0595. State v. Churchill.**

Franklin App. Nos. 16AP–460, 16AP–461, and 16AP–462. On motion for leave to file delayed appeal. Motion denied.
FISCHER and DEWINE, JJ., dissent.

**2017–0678. State v. D.F.**

Montgomery App. No. 27032, 2017-Ohio-2882. On motion for stay of court of appeals' judgment. Motion granted. Judgment stayed pending appeal to this court.
O'CONNOR, C.J., and O'NEILL, J., dissent.

**2016–1486. Sunoco Pipeline, L.P. v. Teter.**

Harrison App. Nos. 16 HA 0002 and 16 HA 0005, 2016-Ohio-7073. Discretionary appeal accepted on proposition of law No. I.
KENNEDY and FRENCH, JJ., would also accept the appeal on proposition of law Nos. II, III, and IV.
O'NEILL, J., would also accept the appeal on proposition of law Nos. II and III.
O'DONNELL, FISCHER, and DEWINE, JJ., dissent.

**2017–0483. State v. Moore.**

Erie App. No. E–16–030, 2017-Ohio-673.
O'CONNOR, C.J., and KENNEDY, J., dissent.

**2016–1214. State v. Mundt.**

Noble App. No. 13 NO 0406, 2016-Ohio-4802.

**2016–1622. State v. Curtis.**

Allen App. No. 1–15–55, 2016-Ohio-6978.
O'NEILL, J., dissents.

**2016–1632. Locigno v. 425 W. Bagley, Inc.**

Cuyahoga App. No. 103379, 2016-Ohio-5924.
O'DONNELL, KENNEDY, and O'NEILL, JJ., dissent.

**2016–1633. State v. Hayes.**

Montgomery App. No. 26379, 2016-Ohio-7241.
O'DONNELL, J., dissents and would accept the cause on proposition of law No. I.

**2016–1639. State v. Goins.**

Cuyahoga App. No. 103874, 2016-Ohio-5930.

**2016–1640. Heartland of Urbana OH, L.L.C. v. McHugh Fuller Law Group, P.L.L.C.**

Champaign App. No. 2016–CA–3, 2016-Ohio-6959.

**2016–1641. Checkers Pub, Inc. v. Sofios.**

Wood App. No. WD–15–054, 2016-Ohio-6963.

**2016–1643. State v. Scott.**

Cuyahoga App. No. 103696, 2016-Ohio-5929.
O'CONNOR, C.J., dissents, would accept the cause on proposition of law No. I, and would reverse the judgment of the court of appeals on the authority of *State v. Underwood*, 124 Ohio St.3d 365, 2010-Ohio-1, 922 N.E.2d 923, and *State v. Rogers*, 143 Ohio St.3d 385, 2015-Ohio-2459, 38 N.E.3d 860.
KENNEDY, J., dissents.